JODI LINKER
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:   Angela_Hansen@fd.org

Counsel for Defendant NICHOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:13-cr-00338 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE APPEARANCE ON PETITION FOR SUMMONS FOR PERSON UNDER SUPERVISION** |
| v. | |
| DION NICHOLS, | |
| Defendant. | |

On August 29, 2024, the Honorable Jeffrey S. White signed a Petition for Summons for Person Under Supervision ("Form 12 Petition").  Dkt. No. 126.  The Court set this matter on September 17, 2024, at 10:30 a.m., for Mr. Nichols to make an initial appearance on the Form 12 Petition.

Counsel for Mr. Nichols is not available on September 17, 2024.  Government counsel and the probation officer assigned to this case are both available on September 18, 2024, and agree to continue Mr. Nichols' initial appearance.  For these reasons, the parties stipulate and agree that the Court should vacate the September 17, 2024, initial appearance date and reset this matter to September 18, 2024, for an initial appearance on the Form 12 Petition.

IT IS SO STIPULATED.

Dated: September 9, 2024

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated: September 9, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S
JILLIAN HARVEY
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DION NICHOLS,<br><br>Defendant. | Case No.: 4:13-cr-00338 JSW<br><br>**ORDER TO CONTINUE APPEARANCE ON PETITION FOR SUMMONS FOR PERSON UNDER SUPERVISION** |

For the reasons set forth above, the September 17, 2024, initial appearance date is vacated in this matter. This matter is reset to September 18, 2024, at 10:30 a.m., for an initial appearance on the August 29, 2024, Petition for Summons for Person Under Supervision.

IT IS SO ORDERED.

Dated:   September 9, 2024

HON. DONNA M. RYU
Chief United States Magistrate Judge